[L. A. No. 2986. In Bank.—December 4, 1911.]

HENRY G. LENT et al., Respondents, v. CALIFORNIA FRUIT GROWERS' ASSOCIATION OF LOS ANGELES (a Corporation), et al., Appellants.

APPEAL—FAILURE TO GIVE NOTICE—DISMISSAL.—An appeal attempted to be taken by the alternative method will be dismissed if the appellant fails to give the notice of appeal contemplated by section 941b of the Code of Civil Procedure.

MOTION to dismiss an appeal from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. George H. Hutton, Judge.

Richardson & Martin, for Appellants.

Tobias K. Archer, for Respondents.

THE COURT.—It is ordered that the appeal in the above-entitled cause be and the same is hereby dismissed, for failure to give the notice of appeal contemplated by section 941b of the Code of Civil Procedure.